IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| FLORANTE – HOUSE OF GARCIA, <br><br>Plaintiff, <br><br>vs. <br><br>WILLIAM T. KINAKA, *et al.*, <br><br>Defendants. | CIV. NO. 16-00527 DKW-KJM <br><br>**ORDER DISMISSING CASE** |

## ORDER DISMISSING CASE

On September 22, 2016, Plaintiff Florante - House of Garcia, proceeding pro se, filed a new action entitled "Notice of Distress" as a miscellaneous case (Misc. No. 16-00261 DKW-KJM) and paid the $46 filing fee.  On September 26, 2016, the Court converted the miscellaneous case to a civil case, and issued a Deficiency Order.  Dkt. No. 3.  That same day, the Court mailed the Deficiency Order and an application to proceed *in forma pauperis* ("IFP") to Plaintiff at the address he provided on the Notice of Distress.

The Deficiency Order granted Plaintiff leave to take one of the following actions by October 21, 2016: (a) pay the full filing fee; (b) file a Notice of

Withdrawal of this action and obtain reimbursement of the $46 from the Clerk's Office; or (c) submit a completed and executed IFP application.  The Deficiency Order cautioned Plaintiff that failure to take one of these actions by October 21, 2016 would result in the automatic dismissal of this case for failure to prosecute or otherwise follow a court order.  *See* Fed. R. Civ. P. 41(b); *Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (stating that the district court has authority to dismiss the complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

Because Plaintiff has not paid the proper filing fee, filed a Notice of Withdrawal of the civil action, or filed an IFP application, the Court DISMISSES the civil action, Civil No. 16-00527 DKW-KJM (formerly Misc. No. 16-00261 DKW-KJM).

IT IS SO ORDERED.

DATED: November 2, 2016 at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge

*Florante – House of Garcia v. Kinaka et al.,* CV 16-00527 DKW-KJM; **ORDER DISMISSING CASE**